AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| DALLAS BUYER'S CLUB, LLC, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3-14-cv-00811 |
| JOHN DOE #3 | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Doe #3

Date: 02/26/2015

/s/ Anthony C. Delyea
*Attorney's signature*

Anthony C. Delyea #1036436
*Printed name and bar number*

1027 E. Johnson St.
Madison, WI 53703
*Address*

Anthony@Delyea.com
*E-mail address*

(608) 492-1959
*Telephone number*

(608) 251-2384
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DALLAS BUYER'S CLUB, LLC,

      PLAINTIFF,

V.                            CASE NO.  3-14-cv-00811

JOHN DOE #3,

      DEFENDANT.

CERTIFICATE OF SERVICE

      The undersigned hereby certify that on May 15, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Addressees:    Keith A. Vogt
                    1415 West 22nd Street
                    Tower Floor
                    Oakbrook, Il 60523
                    630-974-5707
                    KVogt@takiguchiandvogt.com

      I further certify that I have emailed the documents to the following non ECF participants: John Doe #3.

      Respectfully submitted February 15, 2015.

/s/ _Anthony C. Delyea_
Anthony C. Delyea State Bar No. 1036436
DELYEA LAW OFFICE, LLC

Attorneys for John Doe #3
1027 E. Johnson Street
(608) 492-1959