UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WISCONSIN

DALLAS BUYER'S CLUB, LLC,

      PLAINTIFF,

V.                                                              CASE NO.  3-14-cv-00811

JOHN DOE #3,

      DEFENDANT.

## MOTION TO ADOPT MOTIONS OF CO-DEFENDANT

John Doe #3, by his undersigned attorney, hereby moves the Court to allow him to adopt the motions filed on behalf of the co-defendant in the present case and requests that the Court consider those motions and arguments filed in support thereof as applicable to John Doe #3, where they are not inconsistent with those filed by defendant John Doe #3, on the grounds that the defendants are similarly situated with regard to many factual and legal issues, and there are common questions of law and fact which can be adequately dealt with by adoption of co-defendant's motions, and on the further ground that such adoption will result in economies to both the Court and counsel in this matter.

Counsel respectfully requests that this Court allow John Doe #3 to adopt Court Docket #8, which was filed on February 25, 2015.

Respectfully submitted February 26, 2015

/s/ *Anthony C. Delyea*
Anthony C. Delyea State Bar No.
Delyea Law Office*
Attorneys for John Doe #3
1027 E. Johnson St.
Madison, WI 53703

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DALLAS BUYER'S CLUB, LLC,

        PLAINTIFF,

V.                            CASE NO.  3-14-cv-00811

JOHN DOE #3,

        DEFENDANT.

CERTIFICATE OF SERVICE

The undersigned hereby certify that on May 15, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Addressees:    Keith A. Vogt
                      1415 West 22nd Street
                      Tower Floor
                      Oakbrook, Il 60523
                      630-974-5707
                      KVogt@takiguchiandvogt.com

I further certify that I have emailed the documents to the following non ECF participants: John Doe #3.

                      Respectfully submitted February 15, 2015.

/s/ _Anthony C. Delyea_
                      Anthony C. Delyea State Bar No. 1036436
                      DELYEA LAW OFFICE, LLC

Attorneys for John Doe #3
1027 E. Johnson Street
(608) 492-1959