## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 3:14-cv-00811 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal without prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 3, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 24.240.72.102.

DATED:  March 4, 2015           Respectfully submitted,

                                              Dallas Buyers Club, LLC

                                              By:     s/ Keith A. Vogt, Esq.
                                                          Takiguchi & Vogt, LLP
                                                          1415 West 22nd Street
                                                          Tower Floor
                                                          Oak Brook, IL 60523
                                                          630-974-5707 (Direct)
                                                          630-423-9558 (Fax)
                                                          keithvogtjd@gmail.com

                                                          Attorney for Plaintiff