# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 3:14-cv-00811 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal without prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 9, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 71.90.29.115.

DATED:  March 6, 2015

Respectfully submitted,

Dallas Buyers Club, LLC

By:     s/ Keith A. Vogt, Esq.
Takiguchi & Vogt, LLP
1415 West 22nd Street
Tower Floor
Oak Brook, IL 60523
630-974-5707 (Direct)
630-423-9558 (Fax)
keithvogtjd@gmail.com

Attorney for Plaintiff