# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Dallas Buyers Club, LLC, | ) |
| | ) |
| | ) Case No.: 3:14-cv-00811 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DOES, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT
## DOE #5, OWNER OF IP ADDRESS 68.117.134.153

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as DOE # 5, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 68.117.134.153.

DATED: March 16, 2015

Respectfully submitted,

Dallas Buyers Club, LLC,

By:  s/ Keith A. Vogt, Esq.
Takiguchi & Vogt, LLP
1415 West 22nd Street
Tower Floor
Oak Brook, IL 60523
630-974-5707 (Direct)
630-423-9558 (Fax)
keithvogtjd@gmail.com

Attorney for Plaintiff